FISHER & PHILLIPS LLP
MARK J. RICCIARDI, ESQ.
Nevada Bar No. 3141
DAVID B. DORNAK, ESQ.
Nevada Bar No. 6274
300 South Fourth Street
Suite 1500
Las Vegas, NV 89101
Telephone: (702) 252-3131
Facsimile: (702) 252-7411
E-Mail Address: ddornak@laborlawyers.com
Attorneys for Defendant
Aliante Gaming, LLC

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| FRANK M. LOPICCOLO, | Case No. 2:14-cv-01671-LDG-VCF |
| Plaintiff, | |
| vs. | **MOTION TO EXTEND DISPOSITIVE MOTION DEADLINE** |
| ALIANTE GAMING, LLC, a Nevada Limited Liability Company; ALST CASINO HOLDCO, LLC, a Delaware Limited Liability Company, | **(FIRST REQUEST)** |
| Defendant. | |

ALIANTE GAMING, LLC (hereinafter "Defendant" or "Aliante"), by and through its undersigned counsel, Fisher & Phillips LLP, hereby moves to extend the dispositive motion deadline from **December 16, 2015** to **February 19, ~~2015~~ 2016.** This is the first request for the extension of this deadline since the close of discovery and is made 21 days before the current deadline.

**MEMORANDUM OF POINTS AND AUTHORITIES**

This request is not made for the purpose of delay. The parties' attorney actually discussed and agreed to extend this pending deadline prior to the end of discovery. (*See Affidavit of David B. Dornak* at ¶ 2, attached hereto as Exhibit A). Defendant's counsel, however, has been unable to reach Plaintiff's counsel after forwarding a

FPDOCS 31260175.1

- 1 -

proposed stipulation and order to extend the dispositive motion deadline. (Ex. A at ¶ 3). To ensure that a request for extension is timely requested, Defendant has filed this Motion. Defendant's counsel believes that Plaintiff's counsel would have no objection to extending the dispositive motion deadline, but Plaintiff's counsel has apparently been unable to respond to Plaintiff's counsel's email and voice messages about the proposed stipulation and order. (Ex. A at ¶¶ 2-3). Nevertheless, the parties have mutually agreed to all extensions in the matter to date.

This is the first request for an extension of this deadline since the close of discovery. (Ex. A at ¶ 4). An extension is necessary because the parties are still currently waiting on Plaintiff's deposition transcript. (Ex. A at ¶ 4). Once received, it is likely that Plaintiff will have near the end of December to review and make any corrections. (Ex. A at ¶ 4). Additionally, Defendant's counsel will be on vacation during the Christmas holiday and is not returning to the United States until the second week in January 2016. (Ex. A at ¶ 4).

For good cause shown, and not for delay, Defendant requests that it Motion be granted.

DATED this 25th day of November 2015.

FISHER & PHILLIPS LLP


*/s/ David B. Dornak*
David B. Dornak, Esq.
Attorney for Defendant

ORDER

IT IS SO ORDERED.
DATED this ___1___ day of December 2015.

Lloyd D. George
Sr. U.S. District Judges

# AFFIDAVIT OF DAVID B. DORNAK

STATE OF NEVADA )
                 ) ss.
COUNTY OF CLARK )

David B. Dornak, being first duly sworn, deposes and says:

1. I am an attorney representing the Defendant in this proceeding. I have personal knowledge of, and am competent to testify to, the facts set forth herein. I make this Affidavit in support of Defendant's Motion To Extend Dispositive Motion Deadline.

2. Prior to the end of discovery, I talked with Plaintiff's counsel, Michael Balaban, about the need to extend the due to date for dispositive motions. Mr. Balaban expressed no objections to such extension, because we have previously worked together in agreeing to other extensions in this matter.

3. After discovery ended, I sent Mr. Balaban a proposed stipulation and order to extend dispositive motion deadline on November 22, 2015. I also left Mr. Balaban a voice message notifying him that I sent the proposed stipulation and order to him. I then attempted to contact Mr. Balaban on November 23, 24 and 25, 2015, but was unable to reach him. I also sent another email asking Mr. Balaban to contact me if he had any objections. To date, I have not been able to reach Mr. Balaban, who appears to be unavailable due to the Thanksgiving holiday.

4. This is the first request for an extension of this deadline since the close of discovery. An extension is necessary because the parties are still currently waiting on Plaintiff's deposition transcript. Once received, it is likely that Plaintiff will have near the end of December to review and make any corrections. Additionally,

FISHER & PHILLIPS LLP
300 S Fourth Street, Suite 1500
Las Vegas, Nevada 89101

FPDOCS 31260199.1

- 1 -

Defendant's counsel will be on vacation during the Christmas holiday and is not returning to the United States until the second week in January 2016.

DATED this 25th day of November 2015.

David B. Dornak, Esq.

SUBSCRIBED AND SWORN to before me by David B. Dornak this 25th day of November 2015.

NOTARY PUBLIC



LORRAINE JAMES-NEWMAN
Notary Public-State of Nevada
APPT. NO. 06-102662-1
My App. Expires December 13, 2017

FISHER & PHILLIPS LLP
300 S Fourth Street, Suite 1500
Las Vegas, Nevada 89101

FPDOCS 31260199.1

- 2 -