FISHER & PHILLIPS LLP
MARK J. RICCIARDI, ESQ.
Nevada Bar No. 3141
DAVID B. DORNAK, ESQ.
Nevada Bar No. 6274
300 South Fourth Street
Suite 1500
Las Vegas, NV  89101
Telephone:  (702) 252-3131
Facsimile:   (702) 252-7411
E-Mail Address:  ddornak@laborlawyers.com
Attorneys for Defendant
Aliante Gaming, LLC

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| FRANK M. LOPICCOLO,<br><br>    Plaintiff,<br><br>vs.<br><br>ALIANTE GAMING, LLC, a Nevada Limited Liability Company; ALST CASINO HOLDCO, LLC, a Delaware Limited Liability Company,<br><br>    Defendant. | Case No. 2:14-cv-01671-LDG-VCF<br><br>**NOTICE OF SETTLEMENT** |

Plaintiff Frank M. Lopiccolo ("Lopiccolo") and Defendant Aliante Gaming, LLC ("Aliante"), by and through their respective undersigned counsel, hereby notify the Court that they have reached a resolution of all claims raised by Lopiccolo in this matter and are in the process of reducing the resolution to writing.  Accordingly, the Court does not need to rule upon the pending Motion for Summary Judgement (ECF No. 26).

/ / /

/ / /

/ / /

1   The parties agree to file a stipulation for dismissal within thirty (30) days.

2   Dated: January 3, 2017                                  Dated: January 3, 2017

3   LAW OFFICES OF MICHAEL P.                               FISHER & PHILLIPS LLP
    BALABAN
4

5
    */s/ Michael P. Balaban*                                */s/ David B. Dornak*
6   Michael P. Balaban, Esq.                                David B. Dornak, Esq.
    Attorney for Plaintiff                                  Attorney for Defendant

FISHER & PHILLIPS LLP
300 South Fourth Street, Suite 1500
Las Vegas, Nevada 89101