FISHER & PHILLIPS LLP
MARK J. RICCIARDI, ESQ.
Nevada Bar No. 3141
DAVID B. DORNAK, ESQ.
Nevada Bar No. 6274
300 South Fourth Street
Suite 1500
Las Vegas, NV 89101
Telephone: (702) 252-3131
Facsimile: (702) 252-7411
E-Mail Address: ddornak@laborlawyers.com
Attorneys for Defendant
Aliante Gaming, LLC

FISHER & PHILLIPS LLP
300 South Fourth Street, Suite 1500
Las Vegas, Nevada 89101

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| FRANK M. LOPICCOLO, Plaintiff, vs. ALIANTE GAMING, LLC, a Nevada Limited Liability Company; ALST CASINO HOLDCO, LLC, a Delaware Limited Liability Company, Defendant. | Case No. 2:14-cv-01671-LDG-VCF<br><br>**STIPULATION AND ORDER FOR DISMISSAL** |

IT IS HEREBY STIPULATED AND AGREED by the parties' counsel of record that this matter be dismissed with prejudice, with each party to bear their own

/ / /

/ / /

/ / /

/ / /

/ / /

FISHER & PHILLIPS LLP
300 South Fourth Street, Suite 1500
Las Vegas, Nevada 89101

costs and attorney's fees.

Dated: February 20, 2017

LAW OFFICES OF MICHAEL P. BALABAN

*/s/ Michael P. Balaban*
Michael P. Balaban, Esq.
Attorney for Plaintiff

Dated: February 20, 2017

FISHER & PHILLIPS LLP

*/s/ David B. Dornak*
David B. Dornak, Esq.
Attorney for Defendant

**ORDER**

IT IS SO ORDERED.

[signature]
UNITED STATES DISTRICT JUDGE

DATED: 21 Feb 2017