## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| FRANK M. LOPICCOLO, | |
| Plaintiff, | Case No. 2:14-cv-01671-LDG (VCF) |
| v. | **ORDER** |
| ALIANTE GAMING, LLC., *et al.*, | |
| Defendants. | |

On January 3, 2017, the parties filed a Notice of Settlement indicating that they had reached a resolution of all claims, were in the process of reducing the resolution to writing, and would be filing a Stipulation of Dismissal within 30 days.  As the parties have failed to timely file the Stipulation of Dismissal,

THE COURT **ORDERS** that the parties shall, not later than February 24, 2017, file a joint report Showing Cause for their failure to timely file the Stipulation of Dismissal.

DATED this 16 day of February, 2017.

Lloyd D. George
United States District Judge